

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

NOTICE REGARDING DOCUMENTS FILED IN CASE
STAYED FOR BANKRUPTCY

Appellate case name:     Tim Wooters v. Unitech International, Inc.

Appellate case number:   01-15-00174-CV

Trial court case number:  2012-10494

Trial court:             55th District Court of Harris County

This appeal is stayed pursuant to the Suggestion of Bankruptcy filed on November 11, 2015 indicating that appellant, Tim Wooters, has filed a petition for relief under Chapter 11 of Title 11, United States Code, in Case 15-80332, in the United States Bankruptcy Court for the Southern District of Texas. *See* 11 U.S.C. § 362(a) (2000) (automatic stay in bankruptcy).

Until the parties notify the Court that the Bankruptcy has been concluded and move to reinstate the case, the Court will take no further action other than to receive and hold any documents tendered during the period of suspension. *See* TEX. R. APP. P. 8.2.

Unless a party successfully moves to reinstate or sever, this appeal will be an inactive case on the Court's docket. *See* TEX. R. APP. P. 8.3.

Clerk's signature: _____

Date: _November 24, 2015_____